IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No. 9:22CR40-12 |
| v. | § | |
| | § | Judge Crone |
| BRITTANY C. BARBER | § | |



RECEIVED
MAR 21 2023
By_____

**FACTUAL BASIS**

The government presents to the Court, by and through the undersigned Assistant United States Attorney in and for the Eastern District of Texas, joined by the defendant **Brittany C. Barber**, and the defendant's attorney **Gary F. Dennison**, and presents this factual basis in support of the defendant's plea of guilty to Count One of the Superseding Indictment and in support thereof, would show the following:

1. That the defendant **Brittany C. Barber** hereby stipulates and agrees to the truth of all matters set forth in this factual basis, and agrees that such admission may be used by the Court in support of her plea of guilty to Count One of the Superseding Indictment, which charges a violation of 21 U.S.C. § 846, conspiracy to distribute and possess with intent to distribute methamphetamine (actual).

2. That the defendant, **Brittany C. Barber**, who is pleading guilty to such superseding indictment, is one and the same person charged in the superseding indictment.

3. That the events described in the superseding indictment occurred in the Eastern District of Texas and elsewhere.

4. That had this matter proceeded to trial, the government, through the testimony of witnesses, including expert witnesses, and through admissible exhibits, would have

proven, beyond a reasonable doubt, each and every essential element of the offense alleged in the superseding indictment; specifically, the government would have proven the following stipulated facts:

a. The Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) and Texas Department of Public Safety (DPS) investigated the Terrence D. Williams (Williams) drug trafficking organization (DTO) from September 2019 through November 2022.

b. On October 25, 2021, agents, utilizing a confidential informant (CI), purchased 20.65 grams of methamphetamine (actual) from Toderick S. Barnes (Barnes), Williams, Brandi D. Owens (Owens) and **Brittany C. Barber (Barber)**. Barnes contacted Williams by phone, and Williams stated **Barber** would deliver the above-mentioned methamphetamine. **Barber** delivered the methamphetamine to Barnes. Barnes then sold the methamphetamine directly to the CI.

c. The Drug Enforcement Agency laboratory tested and confirmed the methamphetamine (actual) listed above.

d. **Barber** admits that she knew of the unlawful purpose of the agreement she entered with the individuals named in the superseding indictment.

e. **Barber** admits that on or about September 10, 2019, and continuing thereafter until on or about November 16, 2022, in the Eastern District of Texas and elsewhere, she did, knowingly and intentionally conspire and agree with the individuals named in the superseding indictment and others to distribute and to

**Factual Basis - Page 2**

possess with the intent to distribute a controlled substance, namely methamphetamine (actual).

### DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

5. I have read this factual basis and the superseding indictment or have had them read to me and have discussed them with my attorney. I fully understand the contents of this factual basis and agree without reservation that it accurately describes the events and my acts.

Dated: 3/3/23

Brittany C. Barber
Defendant

### DEFENSE COUNSEL'S SIGNATURE AND ACKNOWLEDGMENT

6. I have read this factual basis and the superseding indictment and have reviewed them with my client, **Brittany C. Barber**. Based upon my discussions with the defendant, I am satisfied that the defendant understands the factual basis as well as the superseding indictment, and is knowingly and voluntarily agreeing to these stipulated facts.

Dated: 3/3/23

Gary F. Dennison
Attorney for the Defendant

Respectfully submitted,

BRIT FEATHERSTON
UNITED STATES ATTORNEY

Factual Basis - Page 3

                                                               _____
                                                               Donald S. Carter
                                                               Assistant United States Attorney
                                                               Eastern District of Texas
                                                               415 S. First Street, Ste. 201
                                                               Lufkin, Texas 75901
                                                               Texas Bar No. 24065011